DAWSON, *Appellant*, V. EGGER.

**Deed of Trust**: REDEMPTION BY GRANTOR : STATUTE.    Under Revised
Statutes, section 3298, providing that land sold under a deed of
trust and bought in by the *cestui que trust* or his assigns shall be
subject to redemption within a year from the date of sale, and
section 3299, providing that no party shall have the benefit of the
preceding section until he shall have given security for the pay-
ment of interest to accrue after sale, such security must be given
at the date of the sale.

*Appeal from Barton Circuit Court.*—HON. CHAS. G.
BURTON, Judge.

AFFIRMED.

*Buler & Timmonds* for appellant.

(1) The sale was September 15, 1883; full tender
and demand to redeem was made about October 15, 1883 ;
the statutory bond was given and approved November
28, 1883.    This was in time.    The statute does not limit
the time in which the bond shall be given.    R. S. sec.
3299 ; *Johnson v. Atchison*, 90 Mo. 48.    The premature
execution of the deed by the trustee did not impair the
right to redeem.    Jones on Mort. ( 2 Ed.) sec. 1051 ;
*Johnson v. Atchison*, 90 Mo. 53.    (2) This is a remedial
statute ; and, being enacted in behalf of the debtor,
should be liberally and equitably construed in his favor.
1 Kent Com. [ 12 Ed.] 465 ; *State ex rel v. Diveling*, 66
Mo. 375.    The purpose and object of this statute is, to
permit the debtor to redeem his land ; and the courts
will keep that in view.    *Silver v. Railroad*, 78 Mo.
533 ; *Henderson v. Railroad*, 81 Mo. 607.

*Chas. G. Burton* and *Thurman, Wray & Stephens* for respondent.

A party desiring to avail himself of the benefits of R. S. section 3299, should give notice of the fact to the trustee, not later than the conclusion of the sale, and he would be entitled to the current twenty-four hours to have executed and approved the necessary bond ; otherwise, the law requires the trustee to execute to the purchaser, a deed in the same manner and with the same force and effect, as if sections 3298 and 3299 of the Revised Statutes did not exist. *Updike v. Elevator Co.*, 96 Mo. 160.

SHERWOOD, J.—In order to avail himself of the provisions of section 3298, Revised Statutes, 1879, the person desiring to redeem must give the required security at the date of the sale ; otherwise he need not give it until he redeems, when it would be a useless act, an idle ceremony, and leave the purchaser meanwhile without protection as to the subject-matter of his purchase ; thus enabling the owner of the land to take his chances ; to remain silent until the last day of the given twelve-month ; and then, if he thought it profitable, to give bond and redeem. Such a construction of the statute would defeat the purposes for which the bond is given, and cannot be accepted as sound. This was the view taken in *Updike v. Elevator Co.*, 96 Mo. 160, where sections 3298 and 3299 were discussed. Adhering to the ruling there made, it is decisive of this cause, renders unnecessary the examination of other points made, and judgment affirmed. All concur.